# United States Court of Appeals for the Federal Circuit

June 23, 2008

ERRATA

**Appeal No. 2007-7148**

Precedential Opinion, <u>Gurley v. Peake</u>

Decided:     June 9, 2007

Change the decided date from "June 9, 2007" to "June 9, 2008."